**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> 1Baaaai and et al., <br><br> Defendants. | Case No. 20 cv 3488 |

## PRELIMINARY INJUNCTION ORDER

Before the Court is Plaintiff Ouyeinc Ltd.'s ("Plaintiff") Motion for Entry of a Preliminary Injunction enjoining the Defendants from manufacturing, importing, distributing, offering for sale, or selling counterfeit Pro-Wax100 products (Plaintiff's United States Trademark No. 6033730, 6033750, and 6033871), and for expedited discovery and asset restraint (the "Motion"). The Court, having considered the Motion, and any responses and replies thereto, finds that the Sealed Temporary Restraining Order entered in this matter (Dkt. No. 14) should be converted to a preliminary injunction and remain in place until such time as a final judgment is entered in this matter, and that such is warranted under FED. R. CIV. P. 65. The Court having considered the motion and any responses and replies therefore, finds that Plaintiff's Motion should be GRANTED. The Court therefore orders as follows:

1. Defendants and their officers, affiliates, agents, and employees are hereby enjoined from:

    a. using the Pro-Wax100 trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Pro-Wax100

products or is not authorized by Plaintiff to be sold in connection with the Pro-Wax100 trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Pro-Wax100 products or any other product produced by Plaintiff that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Pro-Wax100 trademarks;

c. further infringing the Pro-Wax100 trademarks and damaging Plaintiff's goodwill;

d. otherwise competing unfairly with Plaintiff in any manner;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any Plaintiff trademark, including the Pro-Wax100 trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts or any other online marketplace account that is being used to sell or is the means by which the Defendant could continue to sell counterfeit Pro-Wax100 products; and

g. operating and/or hosting any website or marketplace account for or on behalf of Defendant that is involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Pro-Wax100 trademarks or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine Pro-Wax100 products or not authorized by Plaintiff to be sold in connection with the Pro-Wax100 trademarks.

2. Defendants and their officers, affiliates, agents, and employees and any third parties receiving actual notice of this order—including any credit card companies, banks, or payment processors— shall, within five business days of receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and things currently in their possession, custody, or control related to:

    a. the identities and all contact information related to the Defendants, and any entities having any ownership or control over the marketplace stores operated by the Defendants, and any other accounts under the operation or control of the individuals operating the foregoing accounts, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names; and

    c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Defendants and any third parties with actual notice shall, within five business days after receipt of such notice disable any and all accounts and or services used by the Defendant to market, advertise, sell and/or offer for sale any goods in conjunction with the Pro-Wax100 trademarks, including any counterfeit goods or colorable imitations thereof.

4. Defendants and their officers, affiliates, agents, and employees shall be restrained and enjoined from transferring or disposing of any monies or assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, and Amazon Pay, shall, within five (5) business days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' Seller Aliases, Online Marketplaces and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Plaintiff is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names.

    Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3) and any future motions, by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "1Baaaai and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections

8. That Plaintiff's bond of $10,000 shall remain with the Court until a final judgment is entered in this matter or until this Preliminary Injunction is terminated.

9. Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10. Plaintiff's Amended Complaint (Dkt. No. 6), *Ex Parte* Motion for Entry of a Temporary Restraining Order (Dkt. No. 7), Sealed Temporary Restraining Order (Dkt. No. 14), and all other sealed docket entries and any attachments thereto are hereby unsealed.

Date: August 11, 2020

_____
Sharon Johnson Coleman
United States District Judge

# SCHEDULE "A" LIST OF DEFENDANTS
# FOR PRELIMINARY INJUNCTION ORDER IN CASE 20-CV-3488

| No. | Defendant Name / Alias | Defendant Marketplace URL |
|---|---|---|
| 1 | 1Baaaai | https://www.wish.com/merchant/59ccc4d28ee78d5c3ec62f2f |
| 2 | 72Yuchuang | https://www.wish.com/merchant/592fd211a126a30a3b1564c7 |
| 3 | Intentionally Omitted | N/A |
| 4 | alansay | https://www.wish.com/merchant/5360753a796f6809e8699ae3 |
| 5 | Alfred's store | https://www.wish.com/merchant/58d20797b967536cbb13ef10 |
| 6 | alllinen | https://www.wish.com/merchant/58ca3e082f87865045b9df11 |
| 7 | Intentionally Omitted | N/A |
| 8 | Intentionally Omitted | N/A |
| 9 | Intentionally Omitted | N/A |
| 10 | Intentionally Omitted | N/A |
| 11 | arthumcco | https://www.wish.com/merchant/582c712cae088637843348a5 |
| 12 | asiya | https://www.wish.com/merchant/59b78ee00ec30f279e4d03b2 |
| 13 | austinstore | https://www.wish.com/merchant/5577d5863cef83230c39bc4b |
| 14 | Intentionally Omitted | N/A |
| 15 | baodanwang66 | https://www.wish.com/merchant/5d527f977ad2427dcc771d85 |
| 16 | Beautiful Times Store | https://www.wish.com/merchant/56d46474df108f1b638d64c4 |
| 17 | BeautifulLake | https://www.wish.com/merchant/54d43e19c5cb4015cecf888f |
| 18 | beautystone | https://www.wish.com/merchant/58da1ade1009f952afc81632 |
| 19 | BeBeNo1 | https://www.wish.com/merchant/57ee30f8b94dd523aaaf5120 |
| 20 | becuu | https://www.wish.com/merchant/5b1210097e43f26ee3db383f |
| 21 | BEKbsctn | https://www.wish.com/merchant/5b2a2aa95676c328ba82f017 |

| # | Name | URL |
|---|---|---|
| 22 | Best Shopping | https://www.wish.com/merchant/541bd36682b9ac28c05041e0 |
| 23 | best_eshop | https://www.wish.com/merchant/53e34bdcff4d6d1fe6224580 |
| 24 | best2016 | https://www.wish.com/merchant/557fb6b81d78852fc46ea3c9 |
| 25 | Besterbuy21 | https://www.wish.com/merchant/574d9f6708ae085e4a6e9a47 |
| 26 | Intentionally Omitted | N/A |
| 27 | Intentionally Omitted | N/A |
| 28 | Bigpang | https://www.wish.com/merchant/59689379366c062dadc9b87c |
| 29 | BloominminShop | https://www.wish.com/merchant/5d3c163ee4b65d3fe01e7317 |
| 30 | Blue Sky Line | https://www.wish.com/merchant/58f06b937977fd1826a7a0af |
| 31 | Boomzonewstoet12359 | https://www.wish.com/merchant/5b5a7f60be44c01604a1cf5f |
| 32 | Boutique520 | https://www.wish.com/merchant/58a58a7c13f0901441223fdb |
| 33 | BuringStar | https://www.wish.com/merchant/56404d21fc2b645a89fb6460 |
| 34 | candymicwell | https://www.wish.com/merchant/586e55be8ffb016ae204e3f5 |
| 35 | charleston | https://www.wish.com/merchant/561ba738896a480f41777bc3 |
| 36 | chenchen88 | https://www.wish.com/merchant/55e323de63bc395fdda15921 |
| 37 | chengyuanshop | https://www.wish.com/merchant/573c2d21fe622c59195cdb1e |
| 38 | chenjiao1978000 | https://www.wish.com/merchant/5aeeb8357824ca491d395553 |
| 39 | chenmeijie | https://www.wish.com/merchant/585d2439fdcff4514094206e |
| 40 | chenqian123 | https://www.wish.com/merchant/5b8fddbdb5c92c4c650938c9 |
| 41 | CloverLover | https://www.wish.com/merchant/5848c16c68eb840a4efe971e |
| 42 | Colorful lanterns | https://www.wish.com/merchant/5b5c07d45d12795cf68ec077 |
| 43 | COOLXSTUFF | https://www.wish.com/merchant/5786342616b28942f1976eb2 |
| 44 | COSYSUN | https://www.wish.com/merchant/58086daea46fa33730a17161 |
| 45 | CrystalTower | https://www.wish.com/merchant/584908df090bf14c912d5efc |

| 46 | Crystalwaking001 | https://www.wish.com/merchant/5b35aa6a4406b24d1a952060 |
|---|---|---|
| 47 | Cvlife-Fashion | https://www.wish.com/merchant/54cf1b737414a820a79cbb32 |
| 48 | CVLIFE-US | https://www.wish.com/merchant/54c864fbb03fe9094a533973 |
| 49 | Intentionally Omitted | N/A |
| 50 | daihao256op | https://www.wish.com/merchant/5d4bdb62933fb153ca2045b6 |
| 51 | Dannimohua | https://www.wish.com/merchant/5b08e5d17752c86e093cc5db |
| 52 | daylydating | https://www.wish.com/merchant/5b3c6ffc1bc7f3233304b9c2 |
| 53 | Dazone Toontor Investment Co.,Ltd | https://www.wish.com/merchant/53aa633dff4d6d127f874fd0 |
| 54 | DealingMALL | https://www.wish.com/merchant/58998877017e0a4ffa38c446 |
| 55 | Delafans | https://www.wish.com/search/wax%20warmer/product/5d60d728516c7e59f1c7432e?&source=search&position=276&share=web |
| 56 | Delaman | https://www.wish.com/merchant/57a7333657ceca70f2d9cfda |
| 57 | Intentionally Omitted | N/A |
| 58 | DHFJHFURUN012 | https://www.wish.com/merchant/5b821ab94c7b0b6346e5b9a5 |
| 59 | dotopop | https://www.wish.com/merchant/58da1235c430d82923cf7461 |
| 60 | Drive me Crazy | https://www.wish.com/merchant/55da936e5cbfaa104291478a |
| 61 | Ecoolbuy02 | https://www.wish.com/merchant/58d8fe44c430d85354ec1790 |
| 62 | efor city | https://www.wish.com/merchant/59298d85dbff9e69587468b8 |
| 63 | ei20ce19lle888nn | https://www.wish.com/merchant/51ef6b222244735830a0b402 |
| 64 | Elife-China | https://www.wish.com/merchant/548804c3b9cb920fd6d28eaf |
| 65 | emilyandlily | https://www.wish.com/merchant/58d37de4b9675312e270d4b4 |
| 66 | Enjoy100COM | https://www.wish.com/merchant/584694b5fef409658aa487c9 |
| 67 | Enjoyable365 | https://www.wish.com/merchant/59e71c1c9aee091450eca5be |
| 68 | EShocking | https://www.wish.com/merchant/56e |

| | | 23ecfd16b30168d3d5e7e |
|---|---|---|
| 69 | ExciteSports | https://www.wish.com/merchant/573d6dd2c13dbe5949a59cb6 |
| 70 | fantasticboom555 | https://www.wish.com/merchant/5abc9f33ea87642840e82aa1 |
| 71 | fascinaticbaby | https://www.wish.com/merchant/5b4eb65e457fbc34d2194496 |
| 72 | Fashion Shopping Mall | https://www.wish.com/merchant/544d06ca1280fa28e2e9e76f |
| 73 | Fashion Teddy International Trading(shen zhen) Co., Ltd | https://www.wish.com/merchant/55066a0db9cb3b09646ff197 |
| 74 | fashionhousehh | https://www.wish.com/merchant/5afbd2b45bc05c31af4d3dfa |
| 75 | FashionLola | https://www.wish.com/merchant/59100d36c919ff1f25b0878a |
| 76 | fashiontrains | https://www.wish.com/merchant/56434526dfb6b1286853fe56 |
| 77 | Fenglinjoy66 | https://www.wish.com/merchant/58a2e83f2302674f3ad635ee |
| 78 | ferabc | https://www.wish.com/merchant/582bfb2a728de64710486ce6 |
| 79 | Ferryvivi | https://www.wish.com/merchant/59de19d3c2dc9d14dc1e8685 |
| 80 | fghjkobnb | https://www.wish.com/merchant/5d3b2874e4b65d3781be7eef |
| 81 | Intentionally Omitted | N/A |
| 82 | Floowsaandriiver | https://www.wish.com/merchant/5b4842c41e5bc94d04ea453b |
| 83 | flowerumbrella | https://www.wish.com/merchant/589acdc2b237324f5846a967 |
| 84 | Fontish | https://www.wish.com/merchant/5ac46eeb1b98df219a623dec |
| 85 | Free woman | https://www.wish.com/merchant/57c529c53ddce31c8af06669 |
| 86 | FreeTom | https://www.wish.com/merchant/590341e00094b84973fe6406 |
| 87 | fulei77shop | https://www.wish.com/merchant/5d44064172b0c9680cd02429 |
| 88 | Furnituversely20 | https://www.wish.com/merchant/5b0782748b8be93382bfb280 |
| 89 | FY Trading | https://www.wish.com/merchant/541f801f9719cd3d428a484f |
| 90 | gangcafunongye | https://www.wish.com/merchant/5b810d60008a3e3559c81ee2 |
| 91 | Intentionally Omitted | N/A |

| # | Name | URL |
|---|---|---|
| 92 | gardenlivery | https://www.wish.com/merchant/5344b2865aefb06607e48b58 |
| 93 | Intentionally Omitted | N/A |
| 94 | geyinmaoyi | https://www.wish.com/merchant/566e8f033a698c6458549769 |
| 95 | gigibaobao | https://www.wish.com/merchant/559d1d37b454f44039f3412b |
| 96 | GjfkjfV1812 | https://www.wish.com/merchant/5b50387c1fad501f02c0c8de |
| 97 | Glorstore | https://www.wish.com/merchant/5999469490a0f14f0f0e17fa |
| 98 | goodfly | https://www.wish.com/merchant/56a8786b787b891752330faf |
| 99 | goodsalestore | https://www.wish.com/merchant/564406a470337913838383f6 |
| 100 | greenrober | https://www.wish.com/merchant/5901a73b226be7119caca766 |
| 101 | Intentionally Omitted | N/A |
| 102 | Happyflypighh2000 | https://www.wish.com/merchant/5b5a911a5d127938d619762d |
| 103 | Hellomama | https://www.wish.com/merchant/5652f1f6a9a8a41277c4f298 |
| 104 | herohonor | https://www.wish.com/merchant/573ee3044cde29593c51c2a6 |
| 105 | Intentionally Omitted | N/A |
| 106 | holamyhappiness | https://www.wish.com/merchant/575a6af8763ca05ce56eaa0b |
| 107 | honeygege | https://www.wish.com/merchant/5b57ebecba3d702b123870b8 |
| 108 | Hongkong E-super Technology Co.,limited | https://www.wish.com/merchant/54c8891ad5ffe834e771ecd5 |
| 109 | Intentionally Omitted | N/A |
| 110 | iGeTek | https://www.wish.com/merchant/533242705aefb01544345186 |
| 111 | Intentionally Omitted | N/A |
| 112 | Isfang | https://www.wish.com/merchant/53e822a74497c57e3f0aa5dd |
| 113 | ishop | https://www.wish.com/merchant/53edb9699020ee3b0f3f3848 |
| 114 | jadeshay | https://www.wish.com/merchant/59411a777c64946fae6da2b9 |
| 115 | jiandongshangdian | https://www.wish.com/merchant/58df2fce751d2b52b6dbe778 |
| 116 | Justtrytry1 | https://www.wish.com/merchant/5b4ffb290fa369637fe47b09 |

| # | Name | URL |
|---|---|---|
| 117 | KAHE | https://www.wish.com/merchant/58b52d8d0f649951032036a4 |
| 118 | kangkangfuzhuang | https://www.wish.com/merchant/5a96161b4f1bef74ae902a60 |
| 119 | Intentionally Omitted | N/A |
| 120 | Keeptheway | https://www.wish.com/merchant/598972792afd3519b075a0fb |
| 121 | kindlyperson | https://www.wish.com/merchant/53741cf67179515e875ea9e0 |
| 122 | kmnagfre11 | https://www.wish.com/merchant/578b7b3a5ee3405fba4434aa |
| 123 | KUEGOU/cool clothes to buy | https://www.wish.com/merchant/58aefae44d038c69bdc03137 |
| 124 | laoliufuzhuangpifa | https://www.wish.com/merchant/5b036c7d56314a65b72d7f57 |
| 125 | lats2019case | https://www.wish.com/merchant/5d441e72a5f07b66e4124eaf |
| 126 | led star Technology Ltd. | https://www.wish.com/merchant/563c5989f942f937a0ead1af |
| 127 | leicong | https://www.wish.com/merchant/5d68deca4adcfd61b796c6b0 |
| 128 | Lenicri2 | https://www.wish.com/merchant/5a6edebae2b88b331c55c108 |
| 129 | leopardspeed | https://www.wish.com/merchant/56e8c107d2d32358400db191 |
| 130 | lesanlee | https://www.wish.com/merchant/58cb5450f22e65505c64e194 |
| 131 | let's gogogo | https://www.wish.com/merchant/58789b39a3e8b84ca30e9aab |
| 132 | liaoshuqing | https://www.wish.com/merchant/58551bbce18c0f457b670699 |
| 133 | lightshine | https://www.wish.com/merchant/5913469251060855e4866e10 |
| 134 | littlefairy520 | https://www.wish.com/merchant/5379bf5b5aefb070427e6eef |
| 135 | llabcshop | https://www.wish.com/merchant/581705a34b239a19609a3a0d |
| 136 | localsellerus | https://www.wish.com/merchant/5901deab5d0fc511b8c66dd9 |
| 137 | Longhui | https://www.wish.com/merchant/59437540484de92225f5ce6b |
| 138 | Lotsgoods05 | https://www.wish.com/merchant/59450490ff3e8029b13eb32d |
| 139 | Lovelyhouse520 | https://www.wish.com/merchant/5ae4225e42159507dcaffde9 |
| 140 | Luckyshops | https://www.wish.com/merchant/563 |

| | | 6da13c827450ffd9c166f |
|---|---|---|
| 141 | Intentionally Omitted | N/A |
| 142 | Mangjyou857711 | https://www.wish.com/merchant/5aab9ebfdb5f1f1d97891705 |
| 143 | Meinier Electronic Commerce Limited | https://www.wish.com/merchant/57b2c1eb82843e155c35c715 |
| 144 | Intentionally Omitted | N/A |
| 145 | Men_Fashion | https://www.wish.com/merchant/54c35d9f429a6a1708739915 |
| 146 | Mid bling | https://www.wish.com/merchant/58e5fb8458f2601433a81d65 |
| 147 | midlight | https://www.wish.com/merchant/59351e0e56abd1057c8ba10d |
| 148 | Minecarts | https://www.wish.com/merchant/55f7c75ab84a1e42d11740f8 |
| 149 | mingpinshizhuang | https://www.wish.com/merchant/58ca7db151f72a519572084d |
| 150 | MoonSun | https://www.wish.com/merchant/57e9e80cfc63524c262a53e2 |
| 151 | Intentionally Omitted | N/A |
| 152 | Mushroom01 | https://www.wish.com/merchant/5944ff5aff3e803b9c3ea55c |
| 153 | MXB career library | https://www.wish.com/merchant/578af503013f1b51af590a36 |
| 154 | My Darkest Days | https://www.wish.com/merchant/562b322e4293a61da9af8605 |
| 155 | nanjiemayun | https://www.wish.com/merchant/5a40b04a6ecee01aa135b3fe |
| 156 | Natural | https://www.wish.com/merchant/566936e68c6f1d42f8ed4dad |
| 157 | neckitty | https://www.wish.com/merchant/53744cf6796f680dfbd44ec1 |
| 158 | Newfrog.com | https://www.wish.com/merchant/51ef6b222244735830a0b402 |
| 159 | NINEOCLOCK | https://www.wish.com/merchant/58e74a0affbc010f9312d897 |
| 160 | nkhift | https://www.wish.com/merchant/5b99a73c2001902cda7b0f5e |
| 161 | No1inthemobile | https://www.wish.com/merchant/56ea0be93712105a8cdf448f |
| 162 | Noforget | https://www.wish.com/merchant/5634cf10fc2b6410043726ba |
| 163 | Intentionally Omitted | N/A |
| 164 | Intentionally Omitted | N/A |

| | | |
|---|---|---|
| 165 | oakland | https://www.wish.com/merchant/56370dbebb3b690fe29cb7d7 |
| 166 | obuymotor | https://www.wish.com/merchant/591a6150864e5c5cfa6e0f38 |
| 167 | once more | https://www.wish.com/merchant/552008a966e85041c9d38438 |
| 168 | Intentionally Omitted | N/A |
| 169 | opchopper | https://www.wish.com/merchant/580f0c39a212c15b83cd7490 |
| 170 | opretty | https://www.wish.com/merchant/5a1407a27a4f3b6fa37aafd1 |
| 171 | Orfila | https://www.wish.com/merchant/5881e4c9d522dc5b544c3936 |
| 172 | OSP | https://www.wish.com/merchant/595cfd28905fdb3dbc824c5a |
| 173 | OuMaTuo | https://www.wish.com/merchant/5da57d9e4d10dd095bfebed8 |
| 174 | OUTLETSSHOPPING | https://www.wish.com/merchant/557536a33a158e19db5eba63 |
| 175 | Passionatenaive | https://www.wish.com/merchant/5af679927824ca16c9418255 |
| 176 | petermen | https://www.wish.com/merchant/5344c4327360460a095fc11d |
| 177 | Pimenova | https://www.wish.com/merchant/57c6c62018a9eb6516f2abc5 |
| 178 | Intentionally Omitted | N/A |
| 179 | Plain Sailing | https://www.wish.com/merchant/56011567c57ba501a49f4d65 |
| 180 | Pondes | https://www.wish.com/merchant/596886f28a43d25f864e2f1d |
| 181 | powercellers | https://www.wish.com/merchant/598e72319fbc513abcadfa43 |
| 182 | Intentionally Omitted | N/A |
| 183 | QueenXi12COM | https://www.wish.com/merchant/5b442fd106b7f51ea17eef10 |
| 184 | Raablagg's windbreaker | |
| 185 | RainLing | https://www.wish.com/merchant/5864c0d211631d4ca96118db |
| 186 | Romen Holiday | https://www.wish.com/merchant/575a29132a0bbe5ce11a2d99 |
| 187 | rtewoinjxxk | |
| 188 | Seashell02 | https://www.wish.com/merchant/58c7b47c984b0d51100f5dae |
| 189 | Intentionally Omitted | N/A |

| # | Name | URL |
|---|---|---|
| 190 | SenceOfAutumn | https://www.wish.com/merchant/59c9c1bdb53c7f1745ae91fa |
| 191 | shang87hh | https://www.wish.com/merchant/5d4aa5a722f301487d99ec2c |
| 192 | Sheng Mei | https://www.wish.com/merchant/56e28b5fd16b30168e3d6907 |
| 193 | Intentionally Omitted | N/A |
| 194 | Shenzhen efashoner Technology Co. Ltd | https://www.wish.com/merchant/55f2d24726bd21645888570d |
| 195 | Shenzhen Lbss Corp., Ltd. | https://www.wish.com/merchant/586b00b80151944cf6cc41b2 |
| 196 | Shenzhen MYdreamway Technology Co., Limited | https://www.wish.com/merchant/5513fde88e8def1e2dac4726 |
| 197 | shenzhenbeiyecoltd | https://www.wish.com/merchant/58ad064f48834e50616b372f |
| 198 | shenzhenshifudisishangmaoyouxiangongsi | https://www.wish.com/merchant/564b07b9b5360535f01babb9 |
| 199 | shenzhenshisailinqiadieryouxiangongsi | https://www.wish.com/merchant/555452a154fb5b413d1d4daa |
| 200 | shenzhenshitailianhuikejiyouxiangongsi | https://www.wish.com/merchant/5577cdcdc3ab512e59172e6c |
| 201 | shenzhenshiwantengkejiyouxiangongsi | https://www.wish.com/merchant/55e1d1d70eeb2a43f14ac5cf |
| 202 | shhdjdbdh | https://www.wish.com/merchant/5d0108d369fe4a6e7aac2432 |
| 203 | Shinydiamonds | https://www.wish.com/merchant/55754a044d7c7519f92f4735 |
| 204 | shopforuto | https://www.wish.com/merchant/5a17b824ef7b89644452d791 |
| 205 | SHU66PF | https://www.wish.com/merchant/5d4153c5e13a7e1f41f6b502 |
| 206 | silkcotton | https://www.wish.com/merchant/5355f72aab980a13f1622a75 |
| 207 | singingfolower | https://www.wish.com/merchant/593ed0f47fe241239a716bdf |
| 208 | skyepathsammy | https://www.wish.com/merchant/58b93f3382c4450d5f4d9d30 |
| 209 | Intentionally Omitted | N/A |
| 210 | slayboutique | https://www.wish.com/merchant/58a01b8f3205e17176cf2bec |
| 211 | Small snowflake children's clothes | https://www.wish.com/merchant/5b5827d8c248ee25b2e5d850 |
| 212 | SnowyRain | https://www.wish.com/merchant/58be648dc01863510d0c0776 |
| 213 | Southumbrella06 | https://www.wish.com/merchant/5b4daea576cbe72e00d0a3cd |

| | | |
|---|---|---|
| 214 | SSHY | https://www.wish.com/merchant/553c6bef0b73342b5892e8c0 |
| 215 | star sky | https://www.wish.com/merchant/54216f87f420dd08f138d0e4 |
| 216 | stonecold | https://www.wish.com/merchant/58f71f47373aeb1132359c69 |
| 217 | Stronglandxyh322 | https://www.wish.com/merchant/5b4c39e61c1a6a4744d237e2 |
| 218 | stylershow88 | https://www.wish.com/merchant/56fb6a8a4826f258bb8d3739 |
| 219 | SUCCESS123 | https://www.wish.com/merchant/5b177893d1c3605f0ce48406 |
| 220 | sugar-apple | https://www.wish.com/merchant/57bbf526a3ae9a21fffa348a |
| 221 | SumrDay | https://www.wish.com/merchant/592fd73179cd776aa30e6979 |
| 222 | Sunshine456 | https://www.wish.com/merchant/58c7bf75e1f46850ab8004a1 |
| 223 | sunskywill | https://www.wish.com/merchant/58cc034499cb236a955f070d |
| 224 | Super ifashion 1990 | https://www.wish.com/merchant/5954e0852c6a472d97cc514c |
| 225 | SuperMind | https://www.wish.com/merchant/58eb6375c9e6050f909656ca |
| 226 | Surprize | https://www.wish.com/merchant/545b1e931280fa504ecdeb0d |
| 227 | Intentionally Omitted | N/A |
| 228 | tankergo | https://www.wish.com/merchant/5940ebec7fe2414063f3d832 |
| 229 | themarvel | https://www.wish.com/merchant/5829940de18c0f36403b2007 |
| 230 | Intentionally Omitted | N/A |
| 231 | Intentionally Omitted | N/A |
| 232 | TomorrowShop22 | https://www.wish.com/merchant/5b5356a84543f458dfde6d6a |
| 233 | tomyana | https://www.wish.com/merchant/57ac7f6a7d913418858865fc |
| 234 | Top_Fashion | https://www.wish.com/merchant/54d0dee309eaa3094f256b81 |
| 235 | TopClicker | https://www.wish.com/merchant/58ad012626b2ab7f25da412c |
| 236 | toyato8866 | https://www.wish.com/merchant/543ce65a01c0c00a48532a5c |
| 237 | TShoppingParadise | https://www.wish.com/merchant/58999774da5cbf4f59898e04 |

| | | |
|---|---|---|
| 238 | TTlife Store | https://www.wish.com/merchant/550a7234a17aab1ad5e1d867 |
| 239 | Ulittlebanana | https://www.wish.com/merchant/596875d19579d87b9fa87808 |
| 240 | Intentionally Omitted | N/A |
| 241 | Vesssccest | https://www.wish.com/merchant/5acb11e2a6f62e0ab7c4005d |
| 242 | VfjksjlfI23 | https://www.wish.com/merchant/5b24722a7752c85d09af9f80 |
| 243 | vivian_shop | https://www.wish.com/merchant/576bbf72d110e15eb4c9e170 |
| 244 | W7 Factory | https://www.wish.com/merchant/5a13d5f98cf0ed50dc838018 |
| 245 | WanDmaoStudio | https://www.wish.com/merchant/5b80aefe114a101b23bff1d5 |
| 246 | Intentionally Omitted | N/A |
| 247 | Wannabest | https://www.wish.com/merchant/589994eba2edfc50122a89d3 |
| 248 | WearFashion | https://www.wish.com/merchant/573d61e5325167592e7e15da |
| 249 | WeFaster | https://www.wish.com/merchant/58491199ef56286bc2b418d8 |
| 250 | wenzhoushengdexinxikejiyouxiangongsi | https://www.wish.com/merchant/54f3cc16372d4032876f8759 |
| 251 | winter fire and snow | https://www.wish.com/merchant/5959ae75646f8268541f4db6 |
| 252 | wonderflying | https://www.wish.com/merchant/58a69c79ee60e057f1595c8c |
| 253 | Wonderful Share | https://www.wish.com/merchant/5410250e7a9eb4253ff1a8ed |
| 254 | WorldBest | https://www.wish.com/merchant/57ee24eb0d3019237c6e57c7 |
| 255 | Intentionally Omitted | N/A |
| 256 | XFleipped | https://www.wish.com/merchant/5b4c3a2ce28c11168a8eb310 |
| 257 | XH-bi6yosvy | https://www.wish.com/merchant/5b35e80148fca96cd8a49130 |
| 258 | xiangcunhuwai | https://www.wish.com/merchant/58a7129cee60e057be59795e |
| 259 | xiangyilin1 | https://www.wish.com/merchant/599ff9be439a986fce2b4d40 |
| 260 | xiayingliu | https://www.wish.com/merchant/5afe46245bc05c7feae4db16 |
| 261 | XL-bridge-01 | https://www.wish.com/merchant/583682b775325b1c63e8bfd4 |

| | | |
|---|---|---|
| 262 | xunhaishop | https://www.wish.com/merchant/58da44bcb7bb136eea0ba553 |
| 263 | yesterday | https://www.wish.com/merchant/5355e91234067e7be377d01f |
| 264 | Intentionally Omitted | N/A |
| 265 | Yokey | https://www.wish.com/merchant/58450db97f6c0d4ca5355c80 |
| 266 | ytucjndks787 | https://www.wish.com/merchant/5b1122f77e43f22aee4ea868 |
| 267 | yunyi66shop | https://www.wish.com/merchant/5d5d0b7f40defd5490a724cc |
| 268 | Intentionally Omitted | N/A |
| 269 | zero100 | https://www.wish.com/merchant/55f3978a26bd21263223bb0b |
| 270 | Intentionally Omitted | N/A |
| 271 | zhujiey1 | https://www.wish.com/merchant/5491894f44a28254b6e5fd3e |
| 272 | zinner | https://www.wish.com/merchant/5355eb147179512519a7206a |
| 273 | AngelCity123 | https://www.wish.com/merchant/angelcity123 |
| 274 | long island | https://www.wish.com/merchant/longisland |
| 275 | haiwang shop | https://www.wish.com/merchant/haiwangshop |
| 276 | zhangru7788 | https://www.wish.com/merchant/zhangru7788 |
| 277 | wen bao shop | https://www.wish.com/merchant/wenbaoshop |
| 278 | Intentionally Omitted | N/A |
| 279 | Intentionally Omitted | N/A |
| 280 | Intentionally Omitted | N/A |
| 281 | Ansunfay clothes | https://www.wish.com/merchant/5b67e64a7627ed18f53ab987 |
| 282 | funnvoicey | https://www.wish.com/merchant/5374509f7360464b6b25f8fb |
| 283 | Eucalyptusseed717 | https://www.wish.com/merchant/5b4d966b457fbc2909edcc6f |
| 284 | Intentionally Omitted | N/A |
| 285 | Intentionally Omitted | N/A |
| 286 | Intentionally Omitted | N/A |
| 287 | Lan mao zi shi pin | https://www.wish.com/merchant/ |

| | | | 5b4c0c8e43486b2c5c1bbd15 |
|---|---|---|---|
| | 288 | hjkjmay77chen | https://www.wish.com/merchant/5b1f869f2b0410486be72d01 |
| | 289 | TroubleMaker007 | https://www.wish.com/merchant/59016527f95b562a6a6e298c |
| | 290 | Fashionpark365 | https://www.wish.com/merchant/57d22ef221d6514e300fe105 |
| | 291 | Sheline | https://www.wish.com/merchant/5adc184ab722cf3c76602d15 |
| | 292 | wenwenjianjian | https://www.wish.com/merchant/58552e821591450a4ed04668 |
| | 293 | chinatera limited | https://www.wish.com/merchant/5346e2f6796f681164bf9f9b |
| | 294 | gracefashioness | https://www.wish.com/merchant/58bc10a1490207531d097a6b |
| | 295 | Long SH. Trade | https://www.wish.com/merchant/551cd6f54256f42535af5c3d |
| | 296 | Canteenflower1549 | https://www.wish.com/merchant/5b4ef2621fad502e676bf8bf |
| | 297 | teacher | https://www.wish.com/merchant/5354e48a7360462eb27a7668 |
| | 298 | dengbo86 | https://www.wish.com/merchant/5996d8dd23513460bce51525 |
| | 299 | bigmac | https://www.wish.com/merchant/53be1883ff4d6d6de5802417 |
| | 300 | crowester14 | https://www.wish.com/merchant/5851f06fd862776a215279b6 |
| | 301 | enthusiasm | https://www.wish.com/merchant/5379a2965aefb070457e6e6b |
| | 302 | Intentionally Omitted | N/A |
| | 303 | amigazone | https://www.wish.com/merchant/59118220980a3465c84b72a8 |
| | 304 | Kolinsky | https://www.wish.com/merchant/57cfd1bb2901ca7b5ecb7c4b |
| | 305 | xuxinxin | https://www.wish.com/merchant/5851feeb79b45e6b3df9e3be |
| | 306 | liyinflyhight666 | https://www.wish.com/merchant/5b5e847de27e4e490dcd072d |
| | 307 | traveltools | https://www.wish.com/merchant/58ca2adf99cb23505d01f17c |
| | 308 | Apradas | https://www.wish.com/merchant/574eb901f9bfdd5cc3c82a39 |

| | | |
|---|---|---|
| 309 | varition | https://www.wish.com/merchant/5355c65b796f680d96c28e2c |
| 310 | lovefashionlife77 | https://www.wish.com/merchant/542918269719cd356322d1cf |
| 311 | neverstop | https://www.wish.com/merchant/5344be2c71795129ea8c4860 |
| 312 | Threecherry | https://www.wish.com/merchant/5c2dde70a71b7d29dc58506a |
| 313 | pumio | https://www.wish.com/merchant/569119f43a698c14c6356fc8 |
| 314 | Mooner benybaby | https://www.wish.com/merchant/5b655a8f7f86da158faa8a71 |
| 315 | polyesterfashionshop | https://www.wish.com/merchant/582d46fa96db26405e58062d |
| 316 | liminny | https://www.wish.com/merchant/58aec90823ef726994a323fe |
| 317 | maosenfushi | https://www.wish.com/merchant/568cd59573c0e0593e8d4399 |
| 318 | louyuqiao | https://www.wish.com/merchant/58426ee7bbcec94e69033545 |
| 319 | xiran | https://www.wish.com/merchant/57834e91fe80a4123b43badb |