# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> 1Baaaai and et al., <br><br> Defendants. | Case No. 20 cv 3488 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **26th day of October, 2020, at 9:15 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman, or any judge sitting in her stead, **virtually by telephone** in the courtroom usually occupied by her in Room 1241 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Plaintiff's Motion for Entry of an Order of Default against certain Defendants. The call-in number for the hearing is (877) 336-1829 and the access code is 5205245**

                                                           Respectfully submitted,

                                                           **OUYEINC LTD.**

                                                           /s/ Kenneth A. Nazarian

                                                           One of Its Attorneys

James A. Karamanis (ARDC #6203479)
Kenneth A. Nazarian (ARDC #6309765)
Barney & Karamanis, LLP
180 N. Stetson, Suite 3050
Chicago, Illinois 60601
Tel.: 312/553-5300
james@bkchicagolaw.com
ken@bkchicagolaw.com

# CERTIFICATE OF SERVICE

I, Kenneth A. Nazarian, state that a true and correct copy of the **Plaintiff's Motion for Entry of an Order of Default against Certain Defendants and this Notice of Motion** was electronically filed with the Clerk of the Court on or before October 21, 2020, using the CM/ECF system which will send notification of such filings to all attorneys of record and sent to each Defendant named in that motion via email in accord with this Court's prior order on October 21, 2020. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                                Respectfully submitted

                                                **OUYEINC, LTD.**

                                                /s/ Kenneth A. Nazarian

                                                  One of Its Attorneys

James A. Karamanis (ARDC #6203479)
Kenneth A. Nazarian (ARDC #6309765)
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Suite 3050
Chicago, Illinois 60601
Tel.: 312/553-5300
james@bkchicagolaw.com
ken@bkchicagolaw.com