IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> 1Baaaai and et al., <br><br> Defendants. | Case No. 20 cv 3488 |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ouyeinc Ltd. ("Ouyeinc" or "Plaintiff") hereby dismisses this action with prejudice pursuant to settlement as to the following Defendants:

| Defendant Name | Line No. |
|:---:|:---:|
| OSP | 172 |
| Nkhift | 160 |
| VfjksjlfI23 | 242 |
| TomorrowShop22 | 232 |
| GjfkjfV1812 | 96 |
| ytucjndks787 | 266 |
| Furnituversely20 | 88 |
| Greenrober | 100 |
| Ulittlebanana | 239 |

| | |
|---|---|
| goodsalestore | 99 |
| ishop | 113 |
| Bigpang | 28 |
| best_eshop | 23 |
| Wannabest | 247 |
| Arthumcco | 11 |
| Long SH. Trad | 295 |
| wen bao shop | 277 |
| haiwang shop | 275 |
| long island | 274 |
| Sheline | 291 |
| FY Trading | 89 |
| Isfang | 112 |
| Pumio | 313 |
| SSHY | 214 |
| W7 Factory | 244 |

DATED October 26, 2020

Respectfully submitted,

/s/ James A. Karamanis  
James A. Karamanis  
Barney & Karamanis, LLP  
Two Prudential Plaza  
180 N. Stetson, Ste 3050  
Chicago, IL 60601  
Tel.: 312/553-5300  
Attorney No. 6203479  
James@bkchicagolaw.com

*ATTORNEY FOR PLAINTIFF Ouyeinc Ltd.*