IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> 1 Baaaai and et al., <br><br> Defendants. | Case No. 20-cv-03488 <br><br> Judge Sharon Johnson Coleman |

**Declaration of Lijia Chen**

1

## DECLARATION OF LIJIA CHEN

I, Lijia Chen, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am a trademark attorney at the law office Beijing NTD Law Office, located in Beijing, China. I graduated from Renmin University of China with an LLM degree in 2013, and from Southwest University of Political Science and Law with a Bachelor of Laws in 2010. I have extensive experience in counseling clients on a full range of trademark and copyright law issues, including anti-counterfeiting matters, advising on unfair competition, trade secret, advertising, social media, and e-commerce law, and litigating intellectual property cases. I reside in Beijing, China, and I am fluent in both Chinese and English.

3. I created an online seller account at Wish.com and began the process of listing an item for sale ("Wish"). Attached hereto as **Exhibit 1** are true and correct copies of screenshots I took illustrating the registration process for a Wish seller account and listing a product for sale.

4. After creating the Wish account, I clicked on a hyperlink "Update Shipping Settings." I was navigated to a page titled "Countries/Regions You Ship to." On that page, I could either choose "Ship to US Only" or "Ship to Selected Countries/Regions." If "Ship to US Only" was selected, I could then select a Shipping Price option. *See Figure 1 below, Exhibit 1 at p.6.*

2



(Figure 1)

5. If "Ship to Selected Countries/Regions" was selected. I could choose to "Add all countries/regions," "Add top WishPost countries/regions," "Add top European countries/regions," or "Add top English-Speaking countries/regions." I needed to select a Shipping Price option for each country/region. *See Figure 2 below, Exhibit 1 at p.7.*



(Figure 2)

6. I also accessed an article from Wish.com titled "How do I configure my shipping settings?." The article explained that "If you choose Ship to US Only, items from your store can be purchased only by customers from the United States" and "If you choose Ship to Selected Countries/Regions, items from your store can be purchased by customers from the countries/regions that you select only." **Exhibit 2** attached hereto is a true and correct copy of this article.

7. I also accessed the Wish's Merchant Policies which states that "[o]ur policies help build and maintain customer trust in Wish's international marketplace, so we can continually connect your products with customers worldwide." Under Section 5.1, it states that "[a]ll orders must be fulfilled in 5 calendar days." "If any order is not fulfilled in 5 calendar days after the order is released to the merchant, it will be auto-refunded and the associated product may be disabled." **Exhibit 3** is a true and correct copy of Wish's Merchant Policies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this the __24th__ day of May 2021 at Beijing, China.

_____Lijia Chen_____
Lijia Chen